Opinion filed January 24, 2008 











 
 
  
 
 







 
 
  
 
 




Opinion filed January 24,
2008 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                   __________

 

                                       Nos. 11-07-00362-CR & 11-07-00363-CR

                                                    __________

 

                                      EDDIE LEE GOMEZ, Appellant

 

                                                             V.

 

                                         STATE
OF TEXAS, Appellee

 



 

                                        On
Appeals from the 42nd District Court

 

                                                          Taylor
County, Texas

 

                                      Trial
Court Cause Nos. 22742-A & 22739-A

 



 

                                                                   O
P I N I O N

Eddie
Lee Gomez has filed in this court motions to dismiss these appeals.  Each
motion is signed by both counsel and appellant.  The motions are granted, and
the appeals are dismissed.

 

 

January 24, 2008                                                                      PER
CURIAM

Do not publish. 
See Tex. R. App. P. 47.2(b).

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.